UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC CORPORATION,

        Plaintiff,

    v.

BRIGHT RESPONSE, LLC,

        Defendant.

_____/

No. C12-2841 EMC

**ORDER DIRECTING RESPONSE TO MOTION TO SHORTEN TIME**

      The Court is in receipt of Plaintiff's motion to shorten time on its motion to conduct jurisdictional discovery.  Docket No. 31.  Defendant is directed to file any opposition to Plaintiff's motion to shorten time no later than **Thursday, August 9, 2012, at 12:00 p.m.**  The Court will issue an order thereafter.

      IT IS SO ORDERED.

Dated:  August 8, 2012

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California