QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (CA Bar No. 170151)
  Antonio R. Sistos (CA Bar No. 238847)
  Emily C. O'Brien (CA Bar No. 240072)
  Andrew M. Holmes (CA Bar No. 260475)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700
Email:           charlesverhoeven@quinnemanuel.com
                    antoniosistos@quinnemanuel.com
                    emilyobrien@quinnemanuel.com
                    drewholmes@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Patrick Curran (*Pro Hac Vice*)
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100
Email:           patrickcurran@quinnemanuel.com

[Additional Counsel Listed on Complaint]

*Attorneys for Plaintiff EMC Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMC CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRIGHT RESPONSE, LLC,<br><br>Defendant. | CASE NO. 3:12-cv-02841-EMC<br><br>**JOINT STIPULATION TO CONTINUE THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS AND/OR TRANSFER**<br><br>[L.R. 6-1, 6-2, 7-12] |

1  Pursuant to this Court's Order (Dkt. No. 39) and Civil Local Rules 6-1, 6-2, and 7-12,
2 EMC Corporation ("EMC") and Bright Response, LLC ("Bright Response," and together with
3 EMC the "Parties") respectfully declare and stipulate to continue the briefing schedule for Bright
4 Response's motions to dismiss and/or transfer (Dkt. Nos. 23 and 25) as follows:

5  1. The due date for EMC's Oppositions to the Bright Response motions to
6     dismiss and/or transfer (Dkt. Nos. 23 and 25) is continued from August 14,
7     2012 to no later than August 21, 2012.
8  2. The due date for Bright Response's Replies in support of its motions to
9     dismiss and/or transfer (Dkt. Nos. 23 and 25) is continued from August 21,
10    2012 to no later than August 28, 2012.

11 The purpose for the extensions of time is to allow EMC to investigate the issues and
12 allegations raised in Bright Response's motions.  In accordance with Civil Local Rule 6-2(a)(2),
13 the only time modifications to the case thus far have been two stipulated extensions of time for
14 Bright Response to respond to the complaint.  (Dkt. Nos. 12 and 17.)  In accordance with Civil
15 Local Rule 6-2(a)(3), the Parties do not believe that the requested time modifications will have any
16 impact on the case schedule as one has not yet been set.

SO STIPULATED:

DATED:  August 10, 2012      QUINN EMANUEL URQUHART &
                             SULLIVAN, LLP


                             By */s/ Andrew M. Holmes*
                                 Andrew M. Holmes

                             *Attorneys for Plaintiff EMC Corporation*

DATED:  August 10, 2012      BLACK CHANG & HAMILL LLP


                             By */s/ Bradford J. Black*
                                 Bradford J. Black

                             *Attorneys for Defendant Bright Response, LLC*

# **ATTESTATION**

I, Andrew M. Holmes, hereby attest that concurrence in the filing of this document has been obtained from Bradford J. Black, counsel for Bright Response, LLC.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of August, 2012 in San Francisco, California.

By */s/ Andrew M. Holmes*
Andrew M. Holmes

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____8/13/12_____    _____
United States District