1   BLACK CHANG & HAMILL LLP
    Bradford J. Black (SBN 252031)
2   bblack@bchllp.com
    Peter H. Chang (SBN 241467)
3   pchang@bchllp.com
    Andrew G. Hamill (SBN 251156)
4   ahamill@bchllp.com
    4 Embarcadero Center, Suite 1400
5   San Francisco, California 94111
    Telephone: 415-813-6210
6   Facsimile:  415-813-6222

7   *Attorneys for Defendant Bright Response, LLC*

8

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN FRANCISCO DIVISION**

12

13

14   EMC CORPORATION,                     Case No. 3:12-cv-02841-EMC

15                *Plaintiff*,            **STIPULATED REQUEST AND
                                          [PROPOSED] ORDER TO
16           v.                           CONTINUE JANUARY 3, 2013
                                          CASE MANAGEMENT
17   BRIGHT RESPONSE, LLC,                CONFERENCE AND RELATED
                                          DEADLINE
18                *Defendant*.
                                          **[L.R. 6-1, 6-2, 7-12]**
19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST                                  3:12-cv-02841-EMC

WHEREAS, on September 17, 2012, this Court stayed this action pending resolution of the motion to transfer venue filed by EMC Corporation in the action captioned *Bright Response, LLC v. EMC Corporation*, 2:12-cv-279-JRG, currently pending in the Eastern District of Texas ("the Texas Action"). In its September 17, 2012 Order, this Court ordered the parties to inform this Court of the Texas court's ruling within 14 days of its decision.

WHEREAS, on September 17, 2012, this Court scheduled a Case Management Conference for January 4, 2013, with a Case Management Conference Statement due on December 28, 2012.

WHEREAS, on November 30, 2012, this Court rescheduled the Case Management Conference for January 3, 2013, and the deadline for the Case Management Conference Statement for December 20, 2012.

WHEREAS, the motion to transfer venue in the Texas Action has not yet been decided.

WHEREAS, the parties to this action have agreed, subject to the Court's approval, that the January 3, 2013 Case Management Conference, and related December 20, 2012 deadline for submitting a Case Management Conference Statement, should be continued to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to the ruling of the motion to transfer venue in the Texas Action.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, respectfully stipulate as follows:

1. The Case Management Conference, currently scheduled for January 3, 2013, shall be adjourned to a convenient date for the Court at least one month from the current date.

2. The current due date of December 20, 2012 for filing a Case Management Statement shall be vacated.

3. A new due date for filing a Case Management Statement shall be set according to the date set by the Court for the Case Management Conference.

Respectfully submitted,

DATED: December 7, 2012          BLACK CHANG & HAMILL LLP

By: */s/ Andrew G. Hamill*
    Andrew G. Hamill

*Attorneys for Defendant Bright Response, LLC*

DATED: December 7, 2012          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Andrew M. Holmes*
    Andrew M. Holmes

*Attorneys for Plaintiff EMC Corporation*

## ATTESTATION

I, Andrew G. Hamill, hereby attest that concurrence in the filing of this document has been obtained from Andrew M. Holmes, counsel for EMC Corporation. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of December, 2012 in San Francisco, California.

By: */s/ Andrew G. Hamill*
    Andrew G. Hamill

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**    The CMC is reset for 2/14/13 at 9:00 a.m. A joint CMC Statement is due 2/7/13.

DATED: _____12/12/12_____    Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA