QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
Antonio R. Sistos (CA Bar No. 238847)
Emily C. O'Brien (CA Bar No. 240072)
Andrew M. Holmes (CA Bar No. 260475)
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700
Email:  charlesverhoeven@quinnemanuel.com
        antoniosistos@quinnemanuel.com
        emilyobrien@quinnemanuel.com
        drewholmes@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Patrick Curran (*Pro Hac Vice*)
Alexander Rudis (*Pro Hac Vice*)
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
Email:  patrickcurran@quinnemanuel.com
        alexanderrudis@quinnemanuel.com

*Attorneys for Plaintiff EMC Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT RESPONSE, LLC,<br><br>Defendant. | CASE NO. 3:12-cv-02841-EMC<br><br>**STIPULATION OF DISMISSAL AND [PR̶O̶POSED] ORDER**<br><br>[Fed. R. Civ. P. 41(a)(2), (c)] |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), plaintiff EMC Corporation and
2  defendant Bright Response, LLC hereby stipulate to an order dismissing (1) plaintiff's declaratory
3  judgment claim of non-infringement WITH PREJUDICE; and (2) plaintiff's declaratory judgment claim of
4  invalidity WITHOUT PREJUDICE. There currently are no claims or counterclaims being asserted by
5  defendant in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

**ORDER OF DISMISSAL**

CAME ON THIS DAY for consideration of the Stipulation of Dismissal of all claims asserted by plaintiff EMC Corporation in the above-captioned action, and the Court being of the opinion that said Stipulation should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that (1) plaintiff's declaratory judgment claim of non-infringement is hereby dismissed WITH PREJUDICE; and (2) plaintiff's declaratory judgment claim of invalidity is hereby dismissed WITHOUT PREJUDICE. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO STIPULATED:

DATED: January 11, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Patrick Curran*
    Patrick Curran

*Attorneys for Plaintiff EMC Corporation*

DATED: January 11, 2013

BLACK CHANG & HAMILL LLP

By */s/ Andrew Hamill*
    Andrew Hamill

*Attorneys for Defendant Bright Response, LLC*

**ATTESTATION**

I, Andrew M. Holmes, hereby attest that concurrence in the filing of this document has been obtained from Andrew Hamill, counsel for Bright Response, LLC. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2013 in San Francisco, California.

By */s/ Andrew M. Holmes*
Andrew M. Holmes

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___ 1/14/13 _____   _____
United States District Judge



IT IS SO ORDERED
Judge Edward M. Chen

02961.62479/5127868.1

3

STIPULATION OF DISMISSAL
CASE NO. 3:12-cv-02841-EMC