1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (CA Bar No. 170151)
2  Antonio R. Sistos (CA Bar No. 238847)
   Emily C. O'Brien (CA Bar No. 240072)
3  Andrew M. Holmes (CA Bar No. 260475)
4  50 California Street, 22nd Floor
   San Francisco, California  94111
5  Telephone:      (415) 875-6600
   Facsimile:       (415) 875-6700
6  Email:           charlesverhoeven@quinnemanuel.com
                   antoniosistos@quinnemanuel.com
7                  emilyobrien@quinnemanuel.com
                   drewholmes@quinnemanuel.com
8
9  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Patrick Curran (*Pro Hac Vice*)
10 Alexander Rudis (*Pro Hac Vice*)
   51 Madison Avenue, 22nd Floor
11 New York, NY  10010
12 Telephone:      (212) 849-7000
   Facsimile:       (212) 849-7100
13 Email:           patrickcurran@quinnemanuel.com
                   alexanderrudis@quinnemanuel.com
14
15
16 *Attorneys for Plaintiff EMC Corporation*

17
18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA
20                        SAN FRANCISCO DIVISION

21 |                              | CASE NO. 3:12-cv-02841-EMC              |
22 | EMC CORPORATION,             | **STIPULATION OF DISMISSAL AND [PR~~OPO~~OSED] ORDER** |
23 |         Plaintiff,           |                                         |
24 |     vs.                      | **[Fed. R. Civ. P. 41(a)(2), (c)]**     |
25 |                              |                                         |
26 | BRIGHT RESPONSE, LLC,        |                                         |
27 |         Defendant.           |                                         |
28

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), plaintiff EMC Corporation and defendant Bright Response, LLC hereby stipulate to an order dismissing (1) plaintiff's declaratory judgment claim of non-infringement WITH PREJUDICE; and (2) plaintiff's declaratory judgment claim of invalidity WITHOUT PREJUDICE.   There currently are no claims or counterclaims being asserted by defendant in this action.  Each party shall bear its own costs, expenses, and attorneys' fees.

### ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulation of Dismissal of all claims asserted by plaintiff EMC Corporation in the above-captioned action, and the Court being of the opinion that said Stipulation should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that (1) plaintiff's declaratory judgment claim of non-infringement is hereby dismissed WITH PREJUDICE; and (2) plaintiff's declaratory judgment claim of invalidity is hereby dismissed WITHOUT PREJUDICE.  It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO STIPULATED:

DATED: January 11, 2013              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Patrick Curran*
   Patrick Curran

*Attorneys for Plaintiff EMC Corporation*

DATED: January 11, 2013              BLACK CHANG & HAMILL LLP

By */s/ Andrew Hamill*
   Andrew Hamill

*Attorneys for Defendant Bright Response, LLC*

**ATTESTATION**

I, Andrew M. Holmes, hereby attest that concurrence in the filing of this document has been obtained from Andrew Hamill, counsel for Bright Response, LLC.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of January, 2013 in San Francisco, California.


By */s/ Andrew M. Holmes*
Andrew M. Holmes

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___1/14/13_____     _____
United States District Judge

